UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.J.C., by and through her guardian ad litem Bryshanique Allen, an individual and successor in interest to decedent Augustus Joshua Crawford,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BAKERSFIELD, et al.,<br><br>Defendants. | No. 1:19-cv-01302-DAD-JLT<br><br>ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS AND MOTION TO JOIN HEIRS<br><br>(Doc. No. 18) |

On January 16, 2020, the parties filed a stipulation to continue the hearing date on defendants' motion to dismiss and motion to join heirs to allow plaintiff time to file an opposition. (Doc. No. 18.) Good cause appearing and the parties having so stipulated, it is hereby ordered that the hearing date shall be continued to February 19, 2020. Pursuant to Local Rule 230 (c), plaintiff shall have until February 5, 2020 to file an opposition to defendants' motion to dismiss and motion to join heirs. (Doc. Nos. 9, 10.)

IT IS SO ORDERED.

Dated: **January 16, 2020**

_____
UNITED STATES DISTRICT JUDGE

1